IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LAKISHA SHORT, | § | |
| | § | No. 13, 2015 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Sussex County |
| | § | Cr. ID 0308021919A |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: May 15, 2015
Decided: June 11, 2015

Before **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices

## O R D E R

This 11th day of June 2015, the Court has carefully considered this appeal from the denial of appellant's third motion for postconviction relief under Superior Court Criminal Rule 61. We find it manifest that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated December 5, 2014. The Superior Court did not err in concluding that appellant's claims were procedurally barred by Rule 61(i)(1)-(3) and that appellant failed to allege any exception to the application of the procedural bars under Rule 61(i)(5).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice